**Order entered June 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00659-CV

### DELORIS PHILLIPS, Appellant

### V.

### PORSHALA DANYEL PHILLIPS AND WILLIAM BRENT, Appellees

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-18-00541

# ORDER

This is an appeal from what appears to be three unappealable interlocutory orders on subpoena and discovery requests and a motion to confer with children. So that the Court may determine the threshold issue of jurisdiction, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than June 29, 2018, a supplemental clerk's record containing:

•the trial court's docket sheet;
•the live pleadings;
•the trial court's June 4, 2018 order denying appellant's "motion for leave to subpoena testimony, production of records/notes/files and first interrogatories";
•the trial court's June 4, 2018 order withholding ruling, until completion of trial, on appellant's "motion to stay granted motion to conference with children on the record for the record";
•the trial court's June 4, 2018 order denying appellant's "motion for leave to subpoena children's school records [attendance (tardies, absences), disciplinarian files, referrals and all counseling records for entire DISD school year 2017-18";

•any final judgment in the case;
•any statement of inability to afford payment of court costs filed by appellant; and,
•any order requiring appellant to pay costs not withstanding her statement of inability to afford costs.

If any of the documents cannot be located, Ms. Pitre shall state so in writing.

The Court will take no action on appellant's June 6, 2018 motion for free appellate record or June 12, 2018 emergency expedited motion to supplement record until it determines whether it has jurisdiction over the appeal.

/s/  DAVID EVANS
   JUSTICE